**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

CRIMINAL CASE NO. 06-20531
HON. LAWRENCE P. ZATKOFF

v.

STEVEN BRIAN SHOR,

      Defendant.
_____/

**OPINION**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on October 25, 2007

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

This matter is before the Court on Defendant's Objections to Court's Sentencing Opinion (Docket #43). On October 2, 2007, the Court held a sentencing hearing. After taking into consideration (1) the Defendant's sentencing memorandum, (2) the statements of the Defendant, defense counsel and government counsel, and (3) the information contained in the Presentence Investigation Report ("PSR") for the Defendant, the Court sentenced Defendant to 60 months imprisonment. In addition, the Court instructed the parties that the Court would issue a written sentencing opinion setting forth the Court's reasons for imposing the 60 month sentence. The Court further instructed the parties that they could file objections to the sentence imposed if they desired, provided that they filed their written objections within five days of the date the Court issued its written Opinion. On October 12, 2007, the Court issued its written Opinion regarding Defendant's sentence. Defendant then timely filed the instant Objections. The Court notes that each of

Defendant's objections raised in his post-sentencing opinion filing was raised previously in the Sentencing Memorandum Defendant filed with the Court. The HYTA and related conduct objections were also presented to the Court at the sentencing hearing.

After thorough review and consideration of Defendant's renewed objections, the Court adheres to the sentence of 60 months imposed on October 2, 2007.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: October 25, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 25, 2007.

s/Marie E. Verlinde
Case Manager
(810) 984-3290